**FILED**

U.S. DISTRICT COURT

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 30 2006

BY _____
DEPUTY CLERK

MAY - 9 2006

FILED
CLERK'S OFFICE

A CERTIFIED TRUE COPY

MAY 2 5 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

*DOCKET NO. 1760*

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE AREDIA AND ZOMETA PRODUCTS LIABILITY LITIGATION*

### *(SEE ATTACHED SCHEDULE)*

### *CONDITIONAL TRANSFER ORDER (CTO-2)*

On April 18, 2006, the Panel transferred 27 civil actions to the United States District Court for the Middle District of Tennessee for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable Todd J. Campbell.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Middle District of Tennessee and assigned to Judge Campbell.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle District of Tennessee for the reasons stated in the order of April 18, 2006, ____F.Supp.2d____ (J.P.M.L. 2006), and, with the consent of that court, assigned to the Honorable Todd J. Campbell.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Tennessee. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 2 5 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

ATTEST AND CERTIFY
A TRUE COPY
Clerk
U.S. District Court
Middle District of Tennessee

By: _____
Deputy Clerk

41

## SCHEDULE CTO-2 - TAG-ALONG ACTIONS
## DOCKET NO. 1760
## IN RE AREDIA AND ZOMETA PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | MDTN Case # |
|---|---|---|
| **CALIFORNIA EASTERN** | | |
| CAE 2    06-665 | William White v. Novartis Pharmaceuticals Corp. | 3:06 - cv - 0550 |
| **MARYLAND** | | |
| MD  8    06-994 | James Simmons, Sr., et al. v. Novartis Pharmaceuticals Corp., et al. | 3:06 - cv - 0551 |
| **NEW YORK SOUTHERN** | | |
| NYS 1    06-3128 | Faith Krucina v. Novartis Pharmaceuticals Corp. | 3:06 - cv - 0552 |
| NYS 1    06-3129 | Betty Swanson v. Novartis Pharmaceuticals Corp. | 3:06 - cv - 0553 |
| ~~NYS 1    06-3130~~ | ~~Julie Lowell v. Novartis Pharmaceuticals Corp.~~ Vacated - 5/18/06 | |
| NYS 1    06-3132 | Gerald Ray Worthington v. Novartis Pharmaceuticals Corp. | 3:06 - cv - 0554 |
| NYS 1    06-3133 | Delores J. Brown v. Novaratis Pharmaceuticals Corp. | 3:06 - cv - 0555 |