UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

_____ )

CHERYL J. WHITE, SUCCESSOR TO
WILLIAM WHITE,

Plaintiff,

v.

NOVARTIS PHARMACEUTICALS
CORPORATION,

Defendant.
_____ )

Case No. 2:06-CV-00665-WBS-GGH

**AMENDMENT TO DECEMBER 10,
2009 SCHEDULING ORDER**

Complaint Filed:  March 29, 2006
Trial Date:  November 16, 2010

The Court's December 10, 2009 Scheduling Order ("Scheduling Order"), by stipulation of the parties, is hereby amended as follows:

1. Novartis Pharmaceuticals Corporation ("NPC") shall file its motion to preclude plaintiff from pursuing punitive damages at trial by June 18, 2010.

2. If the Court denies that motion, the parties shall confer in an effort to reach agreement regarding the scope and timing of any punitive damages discovery.  If the parties do not reach agreement on this issue within 14 days from the Court's order denying NPC's motion, either party shall be permitted to file a motion within 21 days of the court's order denying NPC's motion, seeking a ruling from the Court regarding the scope and timing of punitive damages discovery.

3. Except to the extent amended herein, the Scheduling Order remains in effect.

Dated: June 2, 2010                    /s/ Gregory G. Hollows
                                       _____
                                       U.S. MAGISTRATE JUDGE

white0665.stip