James A. Bruen (State Bar No. 43880)
(jbruen@fbm.com)
Sandra A. Edwards (State Bar No. 154578)
(sedwards@fbm.com)
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Katharine R. Latimer (admitted *pro hac vice*)
(klatimer@hollingsworthllp.com)
Martin C. Calhoun (admitted *pro hac vice*)
(mcalhoun@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:  (202) 682-1639

Attorneys for Defendant
NOVARTIS PHARMACEUTICALS
CORPORATION

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL J. WHITE, SUCCESSOR TO WILLIAM WHITE,<br><br>Plaintiff,<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Defendant. | Case No.  2:06-CV-00665-WBS-GGH<br><br>Complaint Filed:  March 29, 2006<br><br>Trial Date:  November 16, 2010 |

### [~~PROPOSED~~] ORDER TO SEAL DOCUMENTS

The Court, having considered, pursuant to Civil Local Rule 141, the request by defendant Novartis Pharmaceuticals Corporation ("NPC") to seal certain exhibits (or parts of exhibits) upon which NPC relies in support of its July 7, 2010 *Daubert* motions, and for good cause shown,

Proposed Order                                           1

hereby grants NPC's request orders that the following documents be maintained under seal until further order of the Court:

    **A.**    **Certain Exhibits to Declaration of Martin Calhoun in Support of NPC's *Daubert* Motion to Exclude Expert Testimony of Plaintiff's Expert Wayne Ray, Ph.D. (Docket No. 88)**

**Exhibit 5:** Arrowsmith Expert Report.  This document shall be maintained by the Court under seal.

**Exhibit 9:** Zometa® Periodic Safety Update Report 10.  This document shall be maintained by the Court under seal.

**Exhibit 16:** Expert Report of Professor Wayne Ray.  NPC filed this exhibit publicly with the exception of redacting sections 6.1.2 and 6.1.3.  The unredacted copy of this document shall be maintained by the Court under seal.

**Exhibit 17:** Revised Expert Report of Professor Wayne Ray.  NPC filed this exhibit publicly with the exception of redacting sections 6.1.2 and 6.1.3.  The unredacted copy of this document shall be maintained by the Court under seal.

**Exhibit 57:** Revised Versions of Professor Ray's Figure 7 and Figure 8 as filed under seal in *In re Aredia and Zometa Prods. Liab. Litig.*, 3:06-md-1760 in support of NPC's Daubert Mot. to Exclude Test. of Pl.'s Expert Wayne Ray, Ph.D. (M.D. Tenn. June 1, 2009) (MDL Docket No. 2386).  This document shall be maintained by the Court under seal.

    **B.**    **Certain Exhibits to Declaration of Martin Calhoun in Support of NPC's *Daubert* Motion to Exclude Expert Testimony of Plaintiff's Expert Robert Fletcher, M.D. (Docket No. 78)**

**Exhibit 3**:  J. Caminis et al., Maxillofacial Complication Adjudication Committee Charter (June 8, 2005).  This document shall be maintained by the Court under seal.

**Exhibit 4**: John Grbic & Regina Landesberg, Special Expert Evaluation Report (SpEER) of Maxillofacial Adverse Events of 5 mg Zoledronic Acid Given Once Yearly (Jan. 3, 2007).  This document shall be maintained by the Court under seal.

    **C.**    **Certain Exhibits to Declaration of Martin Calhoun in Support of NPC's *Daubert* Motion to Exclude Expert Testimony of Plaintiff's Expert James Vogel, M.D. (Docket No. 70)**

**Exhibit 1:** Vogel Expert Report. NPC shall publicly file this report with redactions of paragraphs 26, 36(f), 40, 51, and 60. The unredacted copy of this document shall be maintained by the Court under seal.

**Exhibit 3:** Transcript of the Deposition of Dr. James Vogel (Jan. 7, 2010). NPC seeks to seal pages 319-24 of this transcript. These pages will be maintained under seal by the Court. NPC shall publicly file the other pages of Exhibit 3.

    **D.**    **Certain Exhibits to Declaration of Martin Calhoun in Support of NPC's *Daubert* Motion to Exclude Expert Testimony of Plaintiff's Expert Suzanne Parisian (Docket No. 83)**

**Exhibit 6**: Expert Report of Dr. Suzanne Parisian. This document shall be maintained by the Court under seal.

**Exhibit 9**: Rebuttal Report of Dr. Suzanne Parisian. This document shall be maintained by the Court under seal.

**Exhibit 13**: Parisian Testimony Table. This document shall be maintained by the Court under seal.

    **E.**    **Exhibit to Declaration of Martin Calhoun in Support of NPC's *Daubert* Motion to Exclude Causation Testimony of Plaintiff's Non-Retained Experts (Docket No. 94)**

**Exhibit 51:** Expert Report of Nelson Rhodus. NPC shall publicly file all pages upon which it relied in support of this *Daubert* motion.

DATED: July 12, 2010        SO ORDERED:

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Date:   July 8, 2010 | Respectfully submitted,<br><br>/s/ Martin C. Calhoun<br>Katharine R. Latimer (admitted *pro hac vice*)<br>(klatimer@hollingsworthllp.com)<br>Martin C. Calhoun (admitted *pro hac vice*)<br>(mcalhoun@hollingsworthllp.com)<br>   HOLLINGSWORTH LLP<br>   1350 I Street, N.W.<br>   Washington, DC  20005<br>   Telephone:  (202) 898-5800<br>   Facsimile:  (202) 682-1639<br><br>James A. Bruen (State Bar No. 43880)<br>(jbruen@fbm.com)<br>Sandra A. Edwards (State Bar No. 154578)<br>(sedwards@fbm.com)<br>   FARELLA BRAUN & MARTEL LLP<br>   235 Montgomery Street, 17th Floor<br>   San Francisco, CA  94104<br>   Telephone:  (415) 954-4400<br>   Facsimile:  (415) 954-4480<br><br>*Attorneys for Defendant*<br>*Novartis Pharmaceuticals Corporation* |