James A. Bruen (State Bar No. 43880)
(jbruen@fbm.com)
Sandra A. Edwards (State Bar No. 154578)
(sedwards@fbm.com)
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Katharine R. Latimer (admitted *pro hac vice*)
(klatimer@hollingsworthllp.com)
Martin C. Calhoun (admitted *pro hac vice*)
(mcalhoun@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:  (202) 682-1639

Attorneys for Defendant
NOVARTIS PHARMACEUTICALS
CORPORATION

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL J. WHITE, SUCCESSOR TO WILLIAM WHITE,<br><br>              Plaintiff,<br><br>     v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>              Defendant. | Case No.  2:06-CV-00665-WBS-GGH<br><br>Complaint Filed:  March 29, 2006<br><br>Trial Date:  November 16, 2010 |

## ORDER TO SEAL DOCUMENTS

The Court, having considered, pursuant to Civil Local Rule 141, the request by defendant

Novartis Pharmaceuticals Corporation ("NPC") to seal its Response to "Plaintiff's Statement of

Facts in Opposition to Defendant's Motion For Summary Judgment [*sic*] to Preclude Punitive

Damages," including all exhibits attached to the accompanying Declaration of Martin Calhoun, and for good cause shown, hereby grants NPC's request and orders that this document (including exhibits) be maintained under seal until further order of the Court.

DATED:  July 13, 2010          SO ORDERED:

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE



Date:   July 12, 2010                         Respectfully submitted,


/s/ Martin C. Calhoun
Katharine R. Latimer (admitted *pro hac vice*)
(klatimer@hollingsworthllp.com)
Martin C. Calhoun (admitted *pro hac vice*)
(mcalhoun@hollingsworthllp.com)
  HOLLINGSWORTH LLP
  1350 I Street, N.W.
  Washington, DC  20005
  Telephone:  (202) 898-5800
  Facsimile:  (202) 682-1639

James A. Bruen (State Bar No. 43880)
(jbruen@fbm.com)
Sandra A. Edwards (State Bar No. 154578)
(sedwards@fbm.com)
  FARELLA BRAUN & MARTEL LLP
  235 Montgomery Street, 17th Floor
  San Francisco, CA  94104
  Telephone:  (415) 954-4400
  Facsimile:  (415) 954-4480

*Attorneys for Defendant*
*Novartis Pharmaceuticals Corporation*