K. Greg Peterson, Esq. (State Bar Number
118287)
greg@kgregpeterson.com
Law Offices of K. Greg Peterson
P.O. Box 254451
Sacramento, California 95865
Telephone: (916) 558-6142
Facsimile:  (916) 492-2680

Bart T. Valad, Esq. (admitted *pro hac vice*)
bvalad@valadlaw.com
John J. Vecchione, Esq. (admitted *pro hac
vice)*
jvecchione@valadlaw.com
Valad & Vecchione, PLLC
3863 Plaza Drive
Fairfax, Virginia 22030
Telephone: (703) 352-4800
Facsimile:  (703) 352-4820

*Attorneys for Plaintiff Cheryl White, Successor in Interest to William White*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL J. WHITE, SUCCESSOR TO WILLIAM WHITE, <br><br> Plaintiff, <br><br> v. <br><br> NOVARTIS PHARMACEUTICALS CORPORATION, <br><br> Defendant. | Case No. 2:06-CV-00665-WBS-GGH <br><br> Date:  August 30, 2010 <br><br> Time:  2:00 PM <br><br> Courtroom:  5 <br><br> Complaint Filed:  March 29, 2006 <br><br> Trial Date:  November 16, 2010 |

## ORDER TO SEAL DOCUMENT

The Court, having heard and considered, pursuant to Civil Local Rule 141, Plaintiff

Cheryl J. White's request to seal to [Sealed] **Exhibits 1-171** attached to the Declaration of John

J. Vecchione, Esq., filed in support of Plaintiff's Statement of Facts in Opposition to Defendant's

1

Motion for Summary Judgment to Preclude Plaintiff's Demand for Punitive Damages, hereby

orders that the following documents be maintained under seal until further order of the Court:

**Exhibits 1-171** attached to the Declaration of John J. Vecchione, Esq

Dated:  July 13, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was furnished on counsel of

record in case number 2:06-CV-00665-WBS-GGH on this 9th day of July, 2010.

Respectfully submitted,

/s/ John J. Vecchione
John J. Vecchione, Esq.