UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

CHERYL J. WHITE, SUCCESSOR TO
WILLIAM WHITE,

        Plaintiff,

  v.

NOVARTIS PHARMACEUTICALS
CORPORATION,

        Defendant.
_____/

NO. CIV. 2:06-665 WBS GGH

ORDER

----oo0oo----

        All pending motions in limine (see Docket Nos. 54, 68, 71, 74, 76, 79, 84, 87, 89, and 91) are hereby dropped from the court's law and motion calendar dates of July 19, 2010 and August 30, 2010, and will be heard at the time of trial on November 16, 2010 at 9:00 a.m. No later than fourteen days before the trial date, counsel for each party shall file trial briefs, which shall include any additional motions in limine, pursuant to Local Rule 16-285. No later than seven days before trial, the parties may

1

1 | file oppositions, if any, to the motions in limine.
2 |             IT IS SO ORDERED.
3 | DATED:  July 13, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE