K. Greg Peterson, Esq. (State Bar Number 118287)
greg@kgregpeterson.com
Law Offices of K. Greg Peterson
P.O. Box 254451
Sacramento, California 95865
Telephone: (916) 558-6142
Facsimile:  (916) 492-2680

Bart T. Valad, Esq. (admitted *pro hac vice*)
bvalad@valadlaw.com
John J. Vecchione, Esq. (admitted *pro hac vice*)
jvecchione@valadlaw.com
Valad & Vecchione, PLLC
3863 Plaza Drive
Fairfax, Virginia 22030
Telephone: (703) 352-4800
Facsimile:  (703) 352-4820

*Attorneys for Plaintiff Cheryl White, Successor in Interest to William White*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHERYL J. WHITE, SUCCESSOR TO WILLIAM WHITE,<br><br>    Plaintiff,<br><br>        v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>    Defendant. | Case No. 2:06-CV-00665-WBS-GGH<br><br>Date:  July 6, 2010<br><br>Complaint Filed:  March 29, 2006<br><br>Trial Date:  November 16, 2010 |

### ORDER TO SEAL DOCUMENT

The Court, having heard and considered, pursuant to Civil Local Rule 141, Plaintiff Cheryl J. White's request to seal Plaintiff's Statement of Facts in Opposition to Defendant's

Motion for Summary Judgment to Preclude Punitive Damages, hereby orders that the following document be maintained under seal until further order of the Court:

    1. Plaintiff's Statement of Facts in Opposition to Defendant's Motion for Summary Judgment to Preclude Punitive Damages.

Dated:  This 20th day of July, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was furnished on counsel of record in case number 2:06-CV-00665-WBS-GGH on this 6th day of July, 2010.

                                       Respectfully submitted,

                                       /s/ John J. Vecchione
                                       John J. Vecchione, Esq.