James A. Bruen (State Bar No. 43880)
(jbruen@fbm.com)
Sandra A. Edwards (State Bar No. 154578)
(sedwards@fbm.com)
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Katharine R. Latimer (admitted *pro hac vice*)
(klatimer@hollingsworthllp.com)
Martin C. Calhoun (admitted *pro hac vice*)
(mcalhoun@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:  (202) 682-1639

Attorneys for Defendant
NOVARTIS PHARMACEUTICALS
CORPORATION

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL J. WHITE, SUCCESSOR TO WILLIAM WHITE,<br><br>               Plaintiff,<br><br>     v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>               Defendant. | Case No.  2:06-CV-00665-WBS-GGH<br><br>Complaint Filed:  March 29, 2006<br><br>Trial Date:  November 16, 2010 |

## <u>ORDER TO SEAL DOCUMENTS</u>

The Court, having considered, pursuant to Civil Local Rule 141, the request by defendant

Novartis Pharmaceuticals Corporation ("NPC") to seal certain exhibits upon which NPC relies in

support of NPC's Opposition to Plaintiff's Motion for Sanctions to Strike Defendant's Pleadings

and for Further Relief Pursuant to Findings Made by Order of the MDL Court (filed August 16, 2010) (DE #129), and for good cause shown, hereby grants NPC's request and orders that the following documents be maintained under seal until further order of the Court:

      **A.**      **Exhibit 4 to Declaration of Gary I. Rubin in Support of NPC's Opposition to Plaintiff's Motion for Sanctions to Strike Defendant's Pleadings and for Further Relief Pursuant to Findings Made by Order of the MDL Court (DE #128).**

**Exhibit 4:**  10/29/03 Core Team Material Clearance Form (ZA-0587648).  This document shall be maintained by the Court under seal.

      **B.**      **Exhibits 1, 5, 6, and 7 to Declaration of Martin Calhoun in Support of NPC's Opposition to Plaintiff's Motion for Sanctions to Strike Defendant's Pleadings and for Further Relief Pursuant to Findings Made by Order of the MDL Court (DE #130).**

**Exhibit 1**: 4/15/10 Declaration of Gary I. Rubin with Attached Exhibits.  This document shall be maintained by the Court under seal.

**Exhibit 5:** Excerpts of the Transcript of the 10/15/08 Deposition of Robyn Sterner.  This document shall be maintained by the Court under seal.

**Exhibit 6:** Excerpts of the Transcript of the 1/8/10 Deposition of Michelle Laties.  This document shall be maintained by the Court under seal.

**Exhibit 7:** Excerpts of the Transcript of the 8/5/08 Deposition of Margaret Dean.  This document shall be maintained by the Court under seal.

DATED:  August 18, 2010

                                  SO ORDERED:

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Date:   August 17, 2010                                Respectfully submitted,


                                                       /s/ Martin C. Calhoun
                                                       Katharine R. Latimer (admitted *pro hac vice*)
                                                       (klatimer@hollingsworthllp.com)
                                                       Martin C. Calhoun (admitted *pro hac vice*)
                                                       (mcalhoun@hollingsworthllp.com)
                                                         HOLLINGSWORTH LLP
                                                         1350 I Street, N.W.
                                                         Washington, DC  20005
                                                         Telephone:  (202) 898-5800
                                                         Facsimile:  (202) 682-1639

                                                       James A. Bruen (State Bar No. 43880)
                                                       (jbruen@fbm.com)
                                                       Sandra A. Edwards (State Bar No. 154578)
                                                       (sedwards@fbm.com)
                                                         FARELLA BRAUN & MARTEL LLP
                                                         235 Montgomery Street, 17th Floor
                                                         San Francisco, CA  94104
                                                         Telephone:  (415) 954-4400
                                                         Facsimile:  (415) 954-4480

                                                       *Attorneys for Defendant*
                                                       *Novartis Pharmaceuticals Corporation*