James A. Bruen (State Bar No. 43880)
(jbruen@fbm.com)
Sandra A. Edwards (State Bar No. 154578)
(sedwards@fbm.com)
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Katharine R. Latimer (admitted *pro hac vice*)
(klatimer@hollingsworthllp.com)
Martin C. Calhoun (admitted *pro hac vice*)
(mcalhoun@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:  (202) 682-1639

Attorneys for Defendant
NOVARTIS PHARMACEUTICALS
CORPORATION

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL J. WHITE, SUCCESSOR TO WILLIAM WHITE,<br><br>Plaintiff,<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Defendant. | Case No.  2:06-CV-00665-WBS-GGH<br><br>Complaint Filed:  March 29, 2006<br><br>Trial Date:  November 16, 2010 |

## ORDER TO SEAL DOCUMENTS

The Court, having considered, pursuant to Civil Local Rule 141, the request by defendant Novartis Pharmaceuticals Corporation ("NPC") to seal certain documents upon which NPC relies in support of NPC's Opposition to Plaintiff's Motion for Sanctions to Strike Defendant's

Proposed Order    1

Pleadings and for Further Relief Pursuant to Findings Made by Order of the MDL Court (filed August 16, 2010) (DE #129), and for good cause shown, hereby grants NPC's request and orders that the following documents be maintained under seal until further order of the Court:

    **A.**    **Exhibit 1 to Declaration of Martin Calhoun in Support of NPC's Opposition to Plaintiff's Motion for Sanctions to Strike Defendant's Pleadings and for Further Relief Pursuant to Findings Made by Order of the MDL Court (DE #130).**

**Exhibit 1**: Exhibit 3C to 4/15/10 Declaration of Gary I. Rubin.  This document shall be maintained by the Court under seal.  [The remainder of Exhibit 1 to the Calhoun Declaration (DE #130) was sealed by this Court in a prior order (DE #133).]

Dated:  August 24, 2010

SO ORDERED:

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Proposed Order      2

| | |
|---|---|
| Date:   August 20, 2010 | Respectfully submitted, |

/s/ Martin C. Calhoun
Katharine R. Latimer (admitted *pro hac vice*)
(klatimer@hollingsworthllp.com)
Martin C. Calhoun (admitted *pro hac vice*)
(mcalhoun@hollingsworthllp.com)
  HOLLINGSWORTH LLP
  1350 I Street, N.W.
  Washington, DC  20005
  Telephone:  (202) 898-5800
  Facsimile:  (202) 682-1639

James A. Bruen (State Bar No. 43880)
(jbruen@fbm.com)
Sandra A. Edwards (State Bar No. 154578)
(sedwards@fbm.com)
  FARELLA BRAUN & MARTEL LLP
  235 Montgomery Street, 17th Floor
  San Francisco, CA  94104
  Telephone:  (415) 954-4400
  Facsimile:  (415) 954-4480

*Attorneys for Defendant*
*Novartis Pharmaceuticals Corporation*