UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL WHITE, SUCCESSOR TO WILLIAM WHITE,<br><br>Plaintiff,<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Defendant. | Case No.  2:06-CV-00665-WBS-GGH<br><br>**STIPULATED AMENDED PRETRIAL ORDER**<br><br>Complaint Filed: March 29, 2006<br>Trial Date: April 12, 2011 |

In accordance with the direction of the Court at hearing on August 30, 2010, Plaintiff and Defendant submit this stipulated proposed order to amend the December 9, 2009 Scheduling Order ("Scheduling Order") and the Order on motions dated July 14, 2010 ("Limine Order"):

Accordingly, the Scheduling Order is hereby amended, by stipulation of the parties, as follows:

1. The trial is set for April 12, 2011 at 9:00 a.m.

2. The Final Pretrial Conference is set for February 7, 2011 at 2:00 P.M.

3. The Limine Order is amended so that all pending motions in limine (see Docket Nos. 54, 68, 71, 74, 76, 79, 84, 87, 89 and 91) will be heard at the time of trial on April 12, 2011 at 9:00 a.m.

4. All other dates in the Scheduling Order and Limine Order to remain in effect.

| | |
|---|---|
| /s/ John J. Vecchione | /s/ Martin C. Calhoun |
| John J. Vecchione (admitted *pro hac vice*) | Katharine R. Latimer (admitted *pro hac vice*) |
| jvecchione@valadlaw.com | klatimer@hollingsworthllp.com |
|   VALAD & VECCHIONE, PLLC | Martin C. Calhoun (admitted *pro hac vice*) |
|   3863 Plaza Drive | mcalhoun@hollingsworthllp.com |
|   Fairfax, VA 22030 |   HOLLINGSWORTH LLP |
|   Telephone: (703) 352-4800 |   1350 I Street, N.W. |
|   Facsimile:  (703) 352-4820 |   Washington, DC  20005 |
| |   Telephone:  (202) 898-5867 |
| K. Greg Peterson (State Bar No. 118287) |   Facsimile:  (202) 682-1639 |
| greg@kgregpeterson.com | |
|   LAW OFFICES OF K. GREG PETERSON | James A. Bruen, Esq. (State Bar No. 43880) |
|   P.O. Box 254451 | jbruen@fbm.com |
|   Sacramento, CA  95865 | Sandra A. Edwards (State Bar No. 154578) |
|   Telephone: (916) 558-6142 | sedwards@fbm.com |
|   Facsimile:  (916) 492-2680 |   FARELLA BRAUN & MARTEL LLP |
| |   235 Montgomery Street, 17th Floor |
| *Attorneys for Plaintiff* |   San Francisco, CA  94104 |
| |   Telephone:  (415) 954-4400 |
| |   Facsimile:  (415) 954-4480 |
| | |
| | *Attorneys for Defendant* |

SO ORDERED:

Dated:   September 16, 2010

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served on September 15, 2010 by operation of the Court's Electronic Case Filing System, on counsel of record in case No. 2:06-CV-00665.

                                     /s/ John J. Vecchione  
                                        John J. Vecchione