UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

CHERYL J. WHITE, SUCCESSOR TO WILLIAM WHITE,

        Plaintiff,

    v.

NOVARTIS PHARMACEUTICALS CORPORATION,

        Defendant.
                             /

NO. CIV. 06-665 WBS GGH

ORDER RE: OBJECTIONS TO FINAL PRETRIAL ORDER

----oo0oo----

        Defendant's exhibit list is amended to reflect that defendant also intends to offer the exhibits identified at Exhibit A to this Order.  All other objections (Docket Nos. 176-77.) to the Final Pretrial Order (Docket No. 174) are overruled.

        IT IS SO ORDERED.

DATED:  September 6, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

Exhibit "A": Defendant's Exhibits

| Ex. No. | Doc. Group | Date | Description |
|---|---|---|---|
| DX-0583 | Corp. Docs. | 6/21/2004 | Petraglia ltr to Padzur |
| DX-0584 | Corp. Docs. | 6/29/2004 | Weiss eml to Dunsire |
| DX-0585 | Corp. Docs. | 7/1/2004 | E-mail string re: Discussion with Dr. Buoquot |
| DX-0586 | Corp. Docs. | 7/7/2004 | Pease e-mail to Miranda |
| DX-0587 | Corp. Docs. | 7/7/2004 | July 7, 2004 e-mail from Dorothy Pease to Robert Miranda with attachment |
| DX-0588 | Corp. Docs. | 7/9/2004 | Petraglia eml to Pease |
| DX-0589 | Corp. Docs. | 7/9/2004 | E-mail from Annmarie Petraglia to Dorothy Pease dated 7/9/04 re: Zometa Labeling |
| DX-0590 | Corp. Docs. | 7/15/2004 | Maladorno e-mail to Bess, Close, Renner |
| DX-0591 | Corp. Docs. | 8/2/2004 | Staten e-mail to Miranda |
| DX-0592 | Corp. Docs. | 8/25/2004 | 8/04 Zometa Nonclinical Overview |
| DX-0593 | Corp. Docs. | 9/21/2004 | Dear Doctor Letter MedWatch Submission |
| DX-0594 | Corp. Docs. | 9/24/2004 | Dear Doctor Letter with package insert |

| Ex. No. | Doc. Group | Date | Description |
|---|---|---|---|
| DX-0595 | Corp. Docs. | 9/24/2004 | Application to Market a New Drug, Biologic, or an Antibiotic Drug for Human Use, Sept. 24, 2004 submission re: Zometa with attachments |
| DX-0596 | Corp. Docs. | 9/29/2004 | Zometa Briefing Book for Renal Safety and Treatment Duration Meeting |
| DX-0597 | Corp. Docs. | 10/5/2004 | Memo from Zometa Brand Team re: Label Change |
| DX-0598 | Corp. Docs. | 11/3/2004 | Final Draft of Briefing Book for Sr Management review |
| DX-0599 | Corp. Docs. | 11/15/2004 | Application to Market a New Drug, Biologic, or an Antibiotic Drug for Human Use, Nov. 15, 2004 submission re: Aredia with attachments |
| DX-0600 | Corp. Docs. | 11/24/2004 | Agarwala et al., Efficacy of alendronate, a bisphosphonate, in the treatment of AVN of the hip. A prospective open-label study, Rheumatology 2005;44:352-359 |
| DX-0601 | Corp. Docs. | 12/1/2004 | Zometa Brochure |
| DX-0602 | Corp. Docs. | 12/1/2004 | Renner eml to Sablinska |
| DX-0603 | Corp. Docs. | 12/23/2004 | Narang eml to Burke |
| DX-0604 | Corp. Docs. | 1/4/2005 | Petraglia eml to Maladorno |

3

| Ex. No. | Doc. Group | Date | Description |
|---|---|---|---|
| DX-0605 | Corp. Docs. | 1/11/2005 | Maladorno eml to Camanis |
| DX-0606 | Corp. Docs. | 1/31/2005 | Orloff ltr to Petraglia |
| DX-0607 | Corp. Docs. | 1/31/2005 | E-mail from Annmarie Petraglia to Yong Hei and others dated 1/31/05 re: Teleconference with ODS |
| DX-0608 | Corp. Docs. | 1/31/2005 | Jan. 31, 2005 FDA Approval Letter for Zometa |
| DX-0609 | Corp. Docs. | 2/1/2005 | Zometa Multiple Myeloma Brochure |
| DX-0610 | Corp. Docs. | 2/1/2005 | Reviewer Guidance: Conducting A Clinical Safety Review Of A New Product Application And Repairing A Report On The Review, FDA 2005 |
| DX-0611 | Corp. Docs. | 2/1/2005 | ODAC - Background information |
| DX-0612 | Corp. Docs. | 2/2/2005 | Feb. 2, 2005 FDA Supplemental Approval Letter for Aredia |
| DX-0613 | Corp. Docs. | 2/9/2005 | E-mail from Kara Kuriger to Thomas Bock and others re: 2/11/05 Ad Board |
| DX-0614 | Corp. Docs. | 2/13/2005 | Feb. 2005 e-mail string re: Let's reach a decision on one additional analysis |
| DX-0615 | Corp. Docs. | 2/15/2005 | Clinical Trial Team Minutes 2/15/05 |

4

| Ex. No. | Doc. Group | Date | Description |
|---|---|---|---|
| DX-0616 | Corp. Docs. | 2/23/2005 | E-mail from Yong Hei to Stephanie Petrone dated 2/23/05 re: Zometa Protocol Amendment |
| DX-0617 | Corp. Docs. | 3/1/2005 | FDA Guidance for Industry "Good Pharmacovigilance Practices and Pharmacoepidemiologic Assessment" |
| DX-0618 | Corp. Docs. | 3/4/2005 | ODAC report by Sablinska |
| DX-0619 | Corp. Docs. | 3/4/2005 | Draft ODAC Meeting Slide Presentation |
| DX-0620 | Corp. Docs. | 3/4/2005 | ODAC Background Information |
| DX-0621 | Corp. Docs. | 4/6/2005 | Post-ODAC teleconference minutes |
| DX-0622 | Corp. Docs. | 4/6/2005 | FDA Teleconference Minutes dated 4/6/05 |
| DX-0623 | Corp. Docs. | 4/28/2005 | Email forwarding FDA Letter re: 15 day reporting dated 4/22/05 |
| DX-0624 | Corp. Docs. | 4/27/2005 | Orloff ltr to Petraglia |
| DX-0625 | Corp. Docs. | 5/5/2005 | NPC Dear Dentist Letter |
| DX-0626 | Corp. Docs. | 8/19/2005 | Periodic Safety Report (Draft) |
| DX-0627 | Corp. Docs. | 10/1/2005 | 10/05 CES Appendix, |

| Ex. No. | Doc. Group | Date | Description |
|---|---|---|---|
| DX-0628 | Corp. Docs. | 10/12/2005 | McGrath ltr to FDA |
| DX-0629 | Corp. Docs. | 10/18/2005 | PSUR 7 |
| DX-0630 | Corp. Docs. | 10/28/2005 | 10/05 Zometa Clincial Expert Statement |
| DX-0631 | Corp. Docs. | 12/7/2005 | Zometa Clinical Expert Statement - Appx. 1 |
| DX-0632 | Corp. Docs. | 12/7/2005 | Zometa Clinical Expert Statement |
| DX-0633 | Corp. Docs. | 12/7/2005 | Zometa Clinical Expert Statement - Appx. 1 |
| DX-0634 | Corp. Docs. | 1/1/2006 | AAOMS ONJ guidelines 2006 |
| DX-0635 | Corp. Docs. | 2/26/2006 | McGrath eml to Staten |
| DX-0636 | Corp. Docs. | 5/1/2006 | Updated Rec. for the Prevention, Diagnosis, and Treatment of ONJ in Patients with Cancer |
| DX-0637 | Corp. Docs. | 6/21/2006 | Letter to Healthcare Professionals |
| DX-0638 | Corp. Docs. | 6/21/2006 | Letter to Doctors |
| DX-0639 | Corp. Docs. | 6/21/2006 | Letter to Patient Advocacy Groups |
| DX-0640 | Corp. Docs. | 9/22/2006 | McGrath ltr to Justice |

6

| Ex. No. | Doc. Group | Date | Description |
|---|---|---|---|
| DX-0641 | Corp. Docs. | 11/22/2006 | Clinical Study Report, Study No:ZOL446E US 32 |
| DX-0642 | Corp. Docs. | 8/17/2007 | Aredia CES Appendix |
| DX-0643 | Corp. Docs. | 9/12/2007 | Sept. 12, 2007 letter from Lynne McGrath to Mary Parks with attachments |
| DX-0644 | Corp. Docs. | 11/8/2007 | FDA ltr to McGrath |
| DX-0645 | Corp. Docs. | | Zometa 2003 MPH Tactics |
| DX-0646 | Corp. Docs. | 6/16/2004 | Field Communication - New Zometa PI |
| DX-0647 | Corp. Docs. | | Osteonecrosis of the Jaw - Slide Deck |
| DX-0648 | Corp. Docs. | | Taking Care of Yourself While Living With Cancer |
| DX-0649 | Corp. Docs. | 2/1/2005 | Zometa Brochure |
| DX-0650 | Corp. Docs. | 4/1/2005 | Assessment and Management of Bone Metastases |
| DX-0651 | Corp. Docs. | 4/1/2005 | To Protect Your Bones |
| DX-0652 | Corp. Docs. | 10/5/2004 | Field Communication - Label Change for Zometa |
| DX-0653 | Corp. Docs. | 6/10/2003 | Email from Epstein to Ebeling |

| Ex. No. | Doc. Group | Date | Description |
|---|---|---|---|
| DX-0654 | Corp. Docs. | 6/25/2004 | Email from Hohneker to Johnson |
| DX-0655 | Corp. Docs. | 2/26/2004 | Email from Miranda to Dunsire and others |
| DX-0656 | Corp. Docs. | 2/25/2004 | Email from Maladorno to Miranda |
| DX-0657 | Corp. Docs. | 2/27/2004 | Email from Petraglia to Goessl and others |
| DX-0658 | Corp. Docs. | 2/9/2004 | Email from Petraglia to Narang |
| DX-0659 | Corp. Docs. | 8/4/2004 | Email from Petraglia to Miranda |
| DX-0660 | Corp. Docs. | | Exhibit 5501 from Petrone 8/21 Deposition |
| DX-0661 | Corp. Docs. | 5/9/2004 | Email from Hei to Ruggiero and others |
| DX-0662 | Corp. Docs. | 5/11/2004 | Email from Abam to Ruggiero |
| DX-0663 | Corp. Docs. | | Draft Epidemiology Report |
| DX-0664 | Corp. Docs. | 3/4/2005 | Appendix 2 - Osteonecrosis in Cancer Patients |
| DX-0665 | Corp. Docs. | 8/22/1995 | Fax to Macalush from Hedin |

| Ex. No. | Doc. Group | Date | Description |
|---|---|---|---|
| DX-0666 | Corp. Docs. | 2/3/2005 | Field Communication - Update on Osteonecrosis of the Jaw (ONJ) |
| DX-0667 | Corp. Docs. | 2/8/2005 | Field Communication - Update on Osteonecrosis of the Jaw (ONJ) |
| DX-0668 | Corp. Docs. | | Zometa Brochure |
| DX-0669 | Corp. Docs. | 4/15/2005 | Draft Module - Selling Zometa |
| DX-0670 | Corp. Docs. | | Slide Deck - Leave No Patient Behind |
| DX-0671 | Corp. Docs. | 2/16/2005 | Field Communication |
| DX-0672 | Corp. Docs. | 8/10/2005 | Email from Lantwicki to Hei |
| DX-0673 | Corp. Docs. | 6/10/2005 | Email from Scott to Lantwicki |
| DX-0674 | Corp. Docs. | | Exhibit D-12 from Scott Deposition |
| DX-0675 | Corp. Docs. | 6/21/2005 | Dear Healthcare Professional Letter |
| DX-0676 | Corp. Docs. | 6/21/2005 | Dear Doctor Letter |
| DX-0677 | Corp. Docs. | 6/21/2005 | Dear Patient Advocate Letter |

| Ex. No. | Doc. Group | Date | Description |
|---|---|---|---|
| DX-0678 | Corp. Docs. | 3/24/2004 | CV of the Experts - Non-Clinical |
| DX-0679 | Corp. Docs. | 4/26/2004 | Email from Tarassoff to Dunsire and others |
| DX-0680 | Corp. Docs. | 5/9/2005 | Advisory Board Executive Summary |
| DX-0681 | Corp. Docs. | | Slide Deck - Osteonecrosis of the Jaw |
| DX-0682 | Corp. Docs. | 4/28/2004 | NEM Minutes |
| DX-0683 | Corp. Docs. | 7/15/2004 | NEM Minutes |
| DX-0684 | Corp. Docs. | 3/1/2004 | Zometa Label |
| DX-0685 | Corp. Docs. | 8/1/2004 | Zometa Label |
| DX-0686 | Corp. Docs. | 8/1/2004 | Aredia Label |